No. 452. THE DIRECTOR OF PRISONS, PLAINTIFF IN
ERROR AND APPELLANT, v. THE COURT OF FIRST INSTANCE

OF THE PROVINCE OF CAVITE, TENTH JUDICIAL DISTRICT.
In error to and appeal from the Supreme Court of the
Philippine Islands. Motion to dismiss submitted Decem-
ber 6, 1915. Decided December 13, 1915. *Per Curiam.*
Dismissed for want of jurisdiction upon the authority of
*Jones* v. *Montague*, 194 U. S. 147; *Lewis* v. *The United
States*, 216 U. S. 611; *Richardson* v. *McChesney*, 218 U. S.
487; *Stearns* v. *Wood*, 236 U. S. 75. *Mr. S. T. Ansell* and
*Mr. C. J. Gurkin* for the plaintiff in error and appellant.
*Mr. C. W. O'Brien* for the defendant in error and appellee.